SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 21 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

In the Supreme Court State of Mississippi

3:16cv293-CWR-MTP

State v. Maurice Blackshear
Case No. 498-02

Maurice Blackshear

v.

Lauderdale County Circuit Court

Writ of Habeas Corpus

Petitioner is seeking relief in regards to a direct violation of his constitutional rights.

Sixth & Fourteenth amendments are the rights petitioner believe to be violated.

Both federal and state laws protects a defendants rights to a speedy trial attaches at time of arrest, indictment, or information when a person has been accused. Flora v. State 925 so. 2d 797 (miss. 2006). Meanwhile the speedy trial statue under miss. code annotated section 99-17-1 provides for a trial within 270 days of arraignment. The U.S. supreme court declares that accused has no duty to bring himself to trial. Baker 407 U.S. At 527. See also Vickery v. State 535 so 2d. 1371, 1377 (Miss. 1988) Therefore defendant believes that it is not his responsibility to request a speedy trial. I, Maurice Blackshear, was arrested on June 29, 2015 for a Burglary-Dwelling. I've been

incarcerated since then at the Lauderdale County Detention Facility. I've missed several indictments up until now. The previous indictment term was April 15, 2016, which I didn't get indicted on. My 270 days have been up, but I waited to contact your department after I missed the upcoming term. Over the course of this false arrest i've recieved a Simple Assault on Police Officer case No. 2016001467. Relief sought by Defendant in this matter is the only relief offered when Due Process & Constitutional Rights are violated, immediate release & dismissal on all charges by the Honorable court.

Date 4/17/16

Respectfully Submitted
Maurice Blackshear