Maurice Blackshear          Petitioner

vs

W. D. Billy Sollie          Respondent

Civil Action# 3:16-cv-293-CWR-LRA

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 11 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

I'm writing on the behalf of the notice or order I recieved on June 1 2016 regarding to an answer or other responsive pleading in this cause within 20 days of the service ~~day~~ upon the said Jim Hood. I'm still incarcerated at Lauderdale County Detention Facility without being served an indictment on the charge of burglary of a dwelling. I've been incarcerated a whole year June 29 2016, I haven't recieved any other documents from the clerk. US Districts Court + i'm seeking relief regarding to this matter. Can you ~~~~ please send me a 1983 civil suit form so I can go forward with a lawsuit for false arrest wrongful imprisonment, + motion of distress. May you please advise me on the status of my case + why haven't I been released out of custody on the said charges. Thanks for your time + concern.

Signed
Maurice Blackshear

Maurice Blackshear
2001 5th Street
Meridian, Ms 39301

WARNING
NOT RESPONSIBLE FOR
LETTER CONTENT.
LAUDERDALE COUNTY
DETENTION FACILITY

RECEIVED
JUL 11 2018
Clerk, U.S. District Court
Southern District of Miss.

FOREVER
USA

Bank Swallow

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street Suite 2500
Jackson, MS 39201